STEPHEN REMINGTON AND JACOB GERLING, PLAINTIFFS,
        *v.* OLIVER H. PALMER, DEFENDANT.

*Agent — authority of.*

EXCEPTIONS ordered to be heard, in first instance, at General
Term.

Defendant conveyed to plaintiff's son, real estate by deed, with-
out personal covenants on his part.   Plaintiffs complained to
defendant's agent that there was an unpaid assessment charged on
the lot.   Defendant being informed of it, wrote to his agent to
pay it in his discretion.   The agent declined to pay it, saying it
was not due; that the defendant would pay it when due.   In this
action, brought by the purchasers against the vendor, the court
were of the opinion that the authority given the agent to pay the
assessment, did not authorize him to bind the defendant by a
promise of future payment.

*J. C. Cochrane,* for the plaintiffs.

*W. F. Cogswell,* for the defendant.

Opinion by GILBERT, J.

Judgment ordered for defendant on the verdict.